1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  2900 BRISTOL STREET, A-208
   COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

E-FILED 10/20/14

JS-6 (case closed)

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14 CV 5343-PSG-RZ |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| GARY C. LYLES, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Gary C. Lyles, in the principal amount of $1,343.43 plus interest accrued to July 10, 2014, in the sum of $2,540.69; with interest accruing thereafter at 10.27% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**3,884.12**.

DATED:___10/20/14_____   By:_____
                                 Honorable Philip S. Gutierrez
                                 United States District Judge